UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELLY A. MORGAN,
      *Plaintiff*,

-against-

DISCOVER BANK, CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION LLC,
      *Defendants*.

17-cv-2452 (SJF) (SIL)

STIPULATION OF DISMISSAL WITH RESERVATION OF JURISDICTION OVER SETTLEMENT

The undersigned, counsel for Plaintiff and Transunion, LLC ("Transunion"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice as against Transunion only.

Notwithstanding the foregoing, Plaintiff and Transunion agree, and the Court hereby so orders, that the Court shall retain jurisdiction over all matters related to the settlement agreement entered into by Plaintiff and Transunion, including but not limited to interpretation and enforcement of same.

December 5, 2017

Respectfully,

| SCHUCKIT & ASSOCIATES, P.C. | KAKALEC & SCHLANGER, LLP |
|---|---|
| *s/Debra A. Miller* | *s/Daniel A. Schlanger (with consent)* |
| Debra A. Miller, Esq. | Daniel A. Schlanger, Esq. |
| 4545 Northwestern Drive | 85 Broad Street, 18th Floor |
| Zionsville, IN 46077 | New York, New York, 10004 |
| T. 317-363-2400 | T. 212-500-6114 |
| F. 317-363-2257 | F. 646-612-6996 |
| dmiller@schuckitlaw.com | dschlanger@kakaleceschlanger.com |
| *Counsel for Defendant Transunion* | *Counsel for Plaintiff Kelly A. Morgan* |

**SO ORDERED.**

_____
Hon. Sandra J. Feuerstein, U.S.D.J.