

**Nana Japaridze**
Direct Phone: +1 212 549 0282
Email: njaparidze@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 27, 2017

**Via ECF**

The Honorable Steven I. Locke, U.S.M.J.
United States District Court for the Eastern
District of New York
100 Federal Plaza
Central Islip, NY 11722

  *Re: Kelly Morgan v. Discover Bank, et al., 2:17-cv-02452-SJF-SIL*

Dear Judge Locke:

This firm represents the Defendant Discover Bank in the above-captioned matter. I write on behalf of counsel for all the remaining parties to request an adjournment of the Status Conference scheduled before Your Honor for January 3, 2018. Your Honor previously granted the parties' request for an adjournment of the Conference from December 12, 2017 to January 3, 2018 (Dkt. 43, Order dated 12/11/2017). However, due to the pre-existing, confirmed plans to travel overseas from December 29, 2017 until January 13, 2018, the undersigned is unavailable on the adjourned date.

Counsel have conferred and respectfully submit the following dates on which all counsel are available to attend the Conference.

- January 16 (2 p.m. or later)
- January 18
- January 26 (a.m. only)
- February 6, 7, 9.

We apologize for the repeated request for an adjournment and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nana Japaridze*

Nana Japaridze

cc: All Counsel of record (via ECF)