UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELLY A. MORGAN,
            *Plaintiff*,

-against-

DISCOVER BANK, CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION LLC,
            *Defendants.*

17-cv-2452 (SJF) (SIL)

STIPULATION OF DISMISSAL WITH RESERVATION OF JURISDICTION OVER SETTLEMENT

The undersigned, counsel for Plaintiff and Experian Information Solutions, Inc. ("Experian"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice as against Experian only.

Notwithstanding the foregoing, Plaintiff and Experian agree, and the Court hereby so orders, that the Court shall retain jurisdiction over all matters related to the settlement agreement entered into by Plaintiff and Experian, including but not limited to interpretation and enforcement of same.

Dated: January 2, 2018

_____
Adam G. Singer, Esq.
LAW OFFICES OF ADAM G. SINGER, PLLC
60 E. 42nd Street, Suite 4600
New York, NY 10165
T: (212) 842-2428
E: asinger@adamsingerlaw.com
*Attorney for Plaintiff*

_____
Georgina N. Druce, Esq.
JONES DAY
250 Vesey Street
New York, NY 10281-1047
T: (212) 326-3421
E: gdruce@jonesday.com
*Attorney for Defendant Experian*

**SO ORDERED**

_____
Hon. Sandra J. Fuerstein, U.S.D.J.