| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/18/18<br>TIME:  10:00 am |

CASE:  **CV 17-2452 (SJF) Morgan v. Discover Bank et al**

TYPE OF CONFERENCE:  STATUS/INITIAL           FTR:   10:11-10:23

APPEARANCES:
    For Plaintiff:   Daniel Schlanger, Adam Singer

    For Defendant: Nana Japaridze, Steven Richman, Gregory Reid

**THE FOLLOWING RULINGS WERE MADE:**

☒ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐ Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    February 8, 2018 at 10:00 AM    : Status conference

                                         SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge